UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA SMALLS,<br><br>Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY, and DOES 1 to 50,<br><br>Defendants. | Case No.: CV 18-8261-DMG (SSx)<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE CASE WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES AND COSTS [17]** |

[

Based upon the stipulation of Plaintiff Patricia Smalls and Defendant Standard Insurance Company (collectively, the "Parties"), and good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned case is dismissed in its entirety under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice and without any award of fees or costs.

**IT IS FURTHER ORDERED** that, following the filing of this Order of Dismissal, the Parties shall not file a motion or initiate any other proceeding for attorney's fees, costs or any other expense incurred in connection with this case.

DATED: May 16, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

[